IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ADAM AANA-KEPA, | ) CV 25-00260 DKW-WRP |
| Plaintiff, | ) |
| vs. | ) |
| MARIAH SATTERWHITE, et al., | ) |
| Defendants. | ) |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on December 16, 2025 and served on all parties on December 17, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss Case Without Prejudice", ECF No. 26, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: December 31, 2025 at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge